# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAYFORD PRYOR, JR.
ADC #108089                                                              PLAINTIFF

v.                       No. 5:17-cv-240-DPM-JTR

POWELL; RUTH THOMAS, Doctor,
UAMS; JASON KELLEY, Director of
Health and Correction, Varner Unit;
BLAND, APN, Varner Unit; ROY
GRIFFIN, Deputy Director, ADC;
STUKEY, Doctor; WENDY KELLEY,
Director, ADC; JANE DOE, APN,
Ouachita River Correctional Unit;
KENDRA SENATE ROBERTS, APN;
and D. PAYNE                                                             DEFENDANTS

## ORDER

Defendants Jane Doe and Kendra Senate Roberts are the same person. № 15 at 1. And the Court has already ordered service on Roberts. № 14. Pryor's claims against Doe are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2018