IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYFORD PRYOR, JR.
ADC #108089                                                               PLAINTIFF

v.                              No. 5:17-cv-240-DPM

DENISE POWELL; RUTH THOMAS,
Doctor, UAMS; JASON KELLEY, Director
of Health and Correction, Varner Unit;
ESTELLA BLAND, APN, Varner Unit;
RORY GRIFFIN, Deputy Director, ADC;
RONALD STUKEY, Doctor;
WENDY KELLEY, Director, ADC;
KENDRA SENATE ROBERTS, APN;
and DEXTER PAYNE                                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Pryor hasn't filed a free-world application to proceed *in forma pauperis*; and the time to do so has passed. № 79. Further, his mail is now being returned undelivered. № 84. Pryor's complaint and amended complaints will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). All pending motions are denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 February 2019