IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYFORD PRYOR, JR.
ADC #108089                                                              PLAINTIFF

v.                              No. 5:17-cv-240-DPM

DENISE POWELL; RUTH THOMAS,
Doctor, UAMS; JASON KELLEY, Director
of Health and Correction, Varner Unit;
ESTELLA BLAND, APN, Varner Unit;
RORY GRIFFIN, Deputy Director, ADC;
RONALD STUKEY, Doctor; WENDY
KELLEY, Director, ADC; JANE DOE,
APN, Ouachita River, Correctional Unit;
KENDRA SENATE ROBERTS, APN;
and DEXTER PAYNE                                                         DEFENDANTS

## JUDGMENT

Pryor's complaint and amended complaints are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2019